**Order entered February 12, 2020**



In The
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-20-00016-CV

## IN RE CHRISTOPHER WAYNE GREEN

**On Appeal from the Criminal District Court No. 1**
**Dallas County, Texas**
**Trial Court Cause No. CV-1970004-H**

## ORDER

Before the Court is the January 23, 2020 letter of appellant's counsel asking the Court to grant the court reporter's request for an extension of time to file the reporter's record that was "forwarded via email" to counsel's office. We construe counsel's letter with the attached extension request as a request for an extension of time filed with this Court. We **GRANT** the request. We **ORDER** Debi Harris, Official Court Reporter for Auxillary Court No. 8, to file the reporter's record by **March 6, 2020**. We caution Ms. Harris that any future extension request must be filed directly with this Court.

We **DIRECT** the Clerk of this Court to send a copy of this order to Ms. Harris and all parties.

/s/     KEN MOLBERG
JUSTICE